# Exhibit A

CRAIG S. HILLIARD (04654-1988)
STARK & STARK
A Professional Corporation
993 Lenox Drive, Bldg. 2
PO Box 5315
Princeton, NJ 08543-5315
Phone: (609) 895-7346
Fax: (609) 895-7395
Attorneys for Plaintiff

| | |
|---|---|
| DW VINEYARDS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEW JERSEY TURNPIKE AUTHORITY,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>HUNTERDON COUNTY<br>LAW DIVISION<br><br>DOCKET NO. L-433-16<br><br>Civil Action<br><br>**SUMMONS** |

**From The State of New Jersey:**
**To The Defendant Named Above:**   **NEW JERSEY TURNPIKE AUTHORITY**

      The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the Complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the Court to hear your defense.

      If you do not file and serve a written answer or motion within 35 days, the Court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

      If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at:

   http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

MICHELLE M. SMITH<br>Clerk of the Superior Court

Dated: October 14, 2016

**Name and address of defendant to be served:** **New Jersey Turnpike Authority**
                  **581 Main Street**
                  **Woodbridge, NJ 07095**

NOTE: The Case Information Statement is available at www.njcourtsonline.com.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

```
HUNTERDON COUNTY JUSTICE CENTER
CIVIL DIVISION
65 PARK AVE
FLEMINGTON      NJ 08822
                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (908) 237-5820
COURT HOURS  8:30 AM - 4:30 PM


                    DATE:    OCTOBER 04, 2016
                    RE:      DW VINEYARDS LLC VS NEW JERSEY TURNPIKE AUTHORITY
                    DOCKET:  HNT L -000433 16

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 4.

     DISCOVERY IS PRESUMPTIVELY 450 DAYS BUT MAY BE ENLARGED OR SHORTENED BY THE
JUDGE AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST
DEFENDANT, WHICHEVER COMES FIRST.

     THE MANAGING JUDGE ASSIGNED IS:  HON YOLANDA CICCONE

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT:  (908) 237-5822.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                                  DW VINEYARDS LLC

                                                       00000



JUTNER0
```

Appendix XII-B1



## CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed**

FOR USE BY CLERK'S OFFICE ONLY
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Craig S. Hilliard, Esq. | (609) 895-7346 | Hunterdon |

| FIRM NAME (If applicable) | DOCKET NUMBER (when available) |
|---|---|
| Stark & Stark, P.C. | L-433-16 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 993 Lenox Drive, Bldg. Two<br>Lawrenceville, NJ 08648 | Complaint |
| | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| DW Vineyards LLC, Plaintiff | DW Vineyards LLC vs. New Jersey Turnpike Authority |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? ☐ YES ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 508 | | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ Yes ■ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ Yes ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ■ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ Yes ■ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]* 9/30/16

Effective 10/01/2016, CN 10517                                                                                                  page 1 of 2

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category** ☐ **Putative Class Action** ☐ **Title 59**



STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Plaintiff

| | |
|---|---|
| DW VINEYARDS LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW JERSEY TURNPIKE AUTHORITY,<br><br>        Defendant. | SUPERIOR COURT OF NEW JERSEY<br>HUNTERDON COUNTY<br>LAW DIVISION<br><br>DOCKET NO.: L-433-16<br><br>**COMPLAINT FOR<br>DECLARATORY JUDGMENT<br>OF NON-INFRINGEMENT** |

  Plaintiff, DW Vineyards LLC d/b/a Old York Cellars, by and through its attorneys, by way of Complaint against defendant, New Jersey Turnpike Authority, hereby states as follows:

### PARTIES

1. Plaintiff, DW Vineyards LLC d/b/a Old York Cellars ("OYC"), is a New Jersey limited liability company with a principal place of business at 80 Old York Road, Ringoes, NJ 08551.

2. Defendant, New Jersey Turnpike Authority ("NJTA"), is an authority formed under the laws of the State of New Jersey with a principal place of business at 581 Main Street, Woodbridge, NJ 07095.

1

## FACTS

3. OYC is an award-winning winery located in the Sourland Mountains in Hunterdon County, New Jersey.

4. OYC produces fine wines from one of the oldest vineyards in New Jersey.

5. OYC is much more than just a business selling wine to the public. It is actively engaged in supporting the New Jersey community by hosting events and sponsoring programs for worthy causes. Among its many civic contributions to the surrounding community, OYC originated a "Charity Alliance" program through which it makes a donation for every bottle of "What Exit Wines" purchased, to various charities and non-profit organizations in New Jersey, including: 1) the Hurricane Sandy New Jersey Relief Fund, co-chaired by New Jersey's First Lady Mary Pat Christie; 2) the Congenital Heart Defect Coalition; 3) the South Camden Theatre Company, which is a major participant in the rebirth of South Camden; and 4) Michael's Miracles, which raises awareness about juvenile diabetes and supports efforts to improve the quality of life for afflicted children.

6. OYC sells a line of fine wines under the logo "What Exit Wines" (the "OYC Mark"). The OYC Mark is depicted below:



2

7. In or around July 2015, OYC received a letter from NJTA asserting that OYC infringed on the trademark "Garden State Parkway" (the "GSP Mark") in its marketing and sale of "What Exit Wines".

8. NJTA claims to be the owner of the GSP Mark, and further claims to have been using it in connection with highway management and maintenance services, as well as travel information services, since as early as 1956.

9. The GSP Mark is depicted below:



10. NJTA claims to be the owner of a registration, issued by the U.S. Patent & Trademark Office ("USPTO"), U.S. Registration No. 2,452,349, for the GSP Mark in International Class 37 for highway management and maintenance services, and in International Class 39 for travel information services (the "GSP Registration").

11. Despite receiving a federal registration on the GSP Mark, the GSP Mark cannot be protected under state or federal law, and accordingly the GSP Mark is susceptible to cancellation by the USPTO, and should be cancelled.

12. The New Jersey Turnpike Act (the "Act"), which defines and limits the authority of the NJTA, proscribes any agency activity which is not "directly or indirectly related to the use of a transportation project". N.J.S.A. 27:23-5.9. The Act, therefore, does not permit the NJTA to engage in a commercial business

3

involving the use and licensing of intellectual property. Had the USPTO been aware of this statutory limitation, NJTA's registration should have been, and would have been refused.

13. Federal law also expressly precludes the protection of "traffic control devices" under patent, trademark or copyright law. The federal Manual on Uniform Traffic Control Devices (the "Manual"), which is explicitly incorporated into the New Jersey Administrative Code, *see* N.J.A.C. 16:27-2.1, prohibits such intellectual property protection over traffic control devices such as the GSP Mark.

14. More specifically, in the Manual a "traffic control device" is expressly defined as "**a sign**, signal, marking, or other device **used to regulate, warn, or guide traffic, placed on, over, or adjacent to a street, highway**, private road open to public travel, pedestrian facility, or shared-use path by authority of a public agency or official having jurisdiction...." *See* § 1A.13 (Definition #238)(emphasis added).

15. The GSP Mark is a sign used to regulate, warn, or guide traffic, placed on, over, or adjacent to a highway.

16. NJTA has admitted that the GSP Mark is a road sign, a traffic control device whose primary purpose is to direct motorists to the Garden State Parkway.

17. Had the USPTO been aware of this limitation under federal law, NJTA's registration should have been, and would have been refused.

18. Even if NJTA owns a valid trademark registration, there is no likelihood of confusion caused by the use of the OYC Mark.

19. NJTA is not in the business of selling wines or alcoholic beverages, and based on NJTA's own public statements, NJTA has no plan to ever enter that business.

20. OYC is not in the business of collecting tolls and maintaining a network of highways, nor does it have any plan to ever enter into such a business.

21. Accordingly, the complete dissimilarity between NJTA's business and OYC's business demonstrates that NJTA could not prove any likelihood of confusion even if it owns a valid trademark.

22. NJTA has also asserted that OYC's Mark and its entire branding and marketing scheme is "designed to invoke the Garden State Parkway." This is incorrect. OYC is invoking "Jersey Pride", and part of the proud culture of the State is the identity residents feel with certain exits on New Jersey's roads. OYC makes no mention of the Garden State Parkway in its logo, or in any of its marketing. The "What Exit Wines" brand utilizes a wine label which playfully resembles typical "traffic control devices" used throughout New Jersey. However, the label is as easily associated with the New Jersey Turnpike, Route 1 or Route 80 -- highways every bit as well known to Jersey natives as the Parkway -- as it is with the Garden State Parkway. Accordingly, the OYC Mark is not designed to trade on any goodwill (to the extent it even exists) associated with the GSP Mark.

23. NJTA has also asserted that Plaintiff's use of the colors green and yellow in the OYC Mark is infringing. However, virtually every set of roads and highways around the country use green and yellow precisely because they are the widely recognized colors for traffic control devices.

24. Despite threatening a lawsuit well over a year ago, NJTA has not pursued any action in any court making any claim for infringement. Instead, NJTA simply continues to assert that its trademark has been infringed in letters and e-mails to OYC.

## COUNT ONE

### (Declaratory Judgment of Non-Infringement)

25. Plaintiff repeats and realleges all of the foregoing allegations as if repeated verbatim herein.

26. NJTA has claimed that OYC's logo infringes on its rights to the GSP Mark and has threatened litigation against OYC for its use of the OYC Mark.

27. An actual, present and justiciable controversy has arisen between NJTA and OYC concerning OYC's right to use the OYC Mark.

28. Plaintiff seeks a judgment from this Court declaring and adjudging that its use of the OYC Mark does not constitute infringement of the rights, if any, held by NJTA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter Judgment in its favor and against defendant declaring and adjudging that its use of the OYC Mark, and any prior versions or iterations of the OYC Mark, does not constitute infringement of the rights, if any, held by NJTA in the GSP Mark, whether those rights allegedly arise under federal or state law, statutory or common law.

2. Enter Judgment in its favor permanently enjoining NJTA from asserting claims or filing actions against Plaintiff arising out of Plaintiff's use of the OYC Mark and any prior versions or iterations of the OYC Mark, or interfering in any way with OYC's use of the OYC Mark.

3. Awarding Plaintiff any and all damages sustained by it as a result of NJTA's threats of legal action and any other interferences by NJTA with Plaintiff's business activities.

4. Award Plaintiff its costs in this action.

5. Enter such further relief to which Plaintiff may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4, the Court is advised that CRAIG S. HILLIARD, ESQUIRE, is hereby designated as trial counsel.

STARK & STARK
A Professional Corporation
*Attorneys for Plaintiff*

By: _____
CRAIG S. HILLIARD

Dated: September 30, 2016

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury as to all issues in accordance with the Rules of the Court.

STARK & STARK
A Professional Corporation
*Attorneys for Plaintiff*

By: _____
CRAIG S. HILLIARD

Dated: September 30, 2016

## CERTIFICATION

I hereby certify that the matter in controversy is not the subject of any other action or arbitration proceeding, and that no other action or proceeding is presently contemplated. I further certify that I am unaware of any other parties who should presently be joined in this action. I hereby certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: September 30, 2016

By: _____
CRAIG S. HILLIARD